UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

William Charles Graham and
Ronald Jermaine Jackson,

    Plaintiffs,

vs.                                                                  ORDER

United States of America,                        Civ. 21-542 (MJD/LIB)

    Defendant.

* * * * * * * * * * * * * * * * *

This matter is before the Court on the Report and Recommendation by United States Magistrate Judge Leo I. Brisbois dated April 29, 2021. (Doc. No. 8). No objections have been filed within the time allowed.

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, and in consideration of the applicable law, the Court will adopt the Report and Recommendation in its entirety.

    **IT IS ORDERED**:

1

1. This action is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute;

2. Plaintiff Graham's application to proceed in forma pauperis, [Docket No. 2], is **DENIED as moot**; and

3. Plaintiff Jackson's application to procced in forma pauperis, [Docket No. 4], is **DENIED as moot**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  June 15, 2021                            s/Michael J. Davis
                                                                  Michael J. Davis
                                                                  United States District Court